# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2015

Robert P. Young, Jr.,
Chief Justice

150571(88)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

MICHIGAN DEPARTMENT OF
TRANSPORTATION,
           Plaintiff-Appellee,

SC: 150571
COA: 315433
Wayne CC: 09-015581-CK

v

DETROIT INTERNATIONAL BRIDGE
COMPANY,
           Defendant-Appellant,
and

SAFECO INSURANCE COMPANY OF
AMERICA,
           Defendant.
_____/

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before February 9, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2015

